**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 2:22-MJ-0155 CKD |
| **DANIEL HUNT,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Daniel Hunt | |
| Detained at | South Placer County Jail | |
| Detainee is: | a.) | ☒ charged in this district by:   ☐ Indictment  ☐ Information ☒ Complaint charging detainee with:   18 U.S.C. § 1344 Bank Fraud |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Elliot C. Wong* |
| Printed Name & Phone No: | Elliot C. Wong (916) 554-2764 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   11/10/22

Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male | ☐Female |
| Booking or CDC #: | P00166395 | DOB: | 9/24/1985 |
| Facility Address: | 11801 Go for Broke Road, Roseville, CA | Race: | |
| Facility Phone: | | FBI#: | 549985KC0 |
| Currently | | | |

## RETURN OF SERVICE

Executed on:

(signature)